76,282-11

March 02, 2015

Sandy R. Dickerson
#1483568
Polunsky Unit
3872 FM 350 S
Livingston, Texas 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

Dear Hon. Acosta:

On on before the 9th day of February, 2015, I filed a Petition For A Writ Of Mandamus in cause numbers 0966689D, 1043378D please explain why I haven't received a letter on white card acknowledging my Motion?.

Thank you for your time and concern in this matter. As I look forward to hearing from you soon.

Sincerely

S. Dicke